# EXHIBIT B



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## BUCKINGHAM MARKET

**MAILING ADDRESS:**

Buckingham Market
45 Redfield Street
Constantia, NY 13044

**PHONE NUMBER:**

315 623 9472



**IMAGE:**
PorkCubeSteakRawHR0308
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

February 22, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## BUCKINGHAM MARKET

**MAILING ADDRESS:**

Buckingham Market
45 Redfield Street
Constantia, NY 13044

**PHONE NUMBER:**

315 623 9472



**IMAGE:**
PorkCubeSteakRawHR0308
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 15, 2019