

August 8, 2019

Honorable Andrew T. Baxter
United States Magistrate Judge
Northern District of New York
P.O. Box 7367
Syracuse, New York 13261

Re: *Adlife Marketing & Communications Company, Inc. v. Buckingham Brothers, LLC (5:19-cv-796-LEK-ATB)*

Dear Judge Baxter,

We represent Plaintiff, Adlife Marketing & Communications Company, Inc., in the above in-captioned case. The complaint was served through the Secretary of State which gives the Defendant 30 days to respond to the complaint. Here the Defendant has until August 9, 2019 to respond to the complaint. If Defendant does not respond to the complaint by then we will file a request to enter default.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Adlife Marketing & Communications Company, Inc.*

