UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY INC.           Plaintiff, <br><br> - against - <br><br> BUCKINGHAM BROTHERS, LLC <br><br>                    Defendant. | Docket No. 5:19-cv-796-LEK/ATB |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)

I, RICHARD P. LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff") in this action and admitted to practice law in this District Court.

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a).

3. Defendant Buckingham Brothers, LLC ("Defendant") is not an infant, in the military or an incompetent person.

4. Defendant's answer or response to the Complaint was due on July 30, 2019. Defendant has failed to plead or otherwise defend the action.

5.  As per the Affidavit of Service, filed on July 9, 2019 [Docket #6], the pleading to which no response has been made was properly served.

Dated:   September 13, 2019
         Valley Stream, NY

                                          Richard P. Liebowitz
                                          Liebowitz Law Firm, PLLC
                                          11 Sunrise Plaza, Suite 301
                                          Valley Stream, NY 11580
                                          516-233-1660
                                          Email: rl@liebowitzlawfirm.com

                                          *Attorneys for Plaintiff*