UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADLIFE MARKETING &
COMMUNICATIONS COMPANY
INC.                          Plaintiff,

        - against -

BUCKINGHAM BROTHERS, LLC

                        Defendant.

Docket No. 5:19-cv-796-LEK/ATB

---

## <u>CLERK'S CERTIFICATE OF DEFAULT</u>

I, JOHN M. DOMURAD, Clerk of the United States District Court for the Northern

District of New York, do hereby certify that this action was commenced on July 4, 2019 with the

filing of a summons and complaint.  On July 9, 2019, a copy of the summons and complaint was

served on defendant Buckingham Brothers, LLC ("Defendant") by personally serving the

authorized agent and/or representative of the Defendant.  Proof of service was therefore filed on

July 9, 2019.  I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the defendant is

hereby noted.

Dated:_____, 2019

        Syracuse, New York

                                    _____
                                    JOHN M. DOMURAD
                                    Clerk of Court