# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Adlife Marketing & Communications Company, Inc.

      vs.                                  CASE NUMBER: **5:19-cv-796 (LEK/ATB)**

Buckingham Brothers, LLC

      I, JOHN M. DOMURAD, CLERK, by Patsy Harvey, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 17th day of September, 2019 against Buckingham Brothers, LLC.

Dated:    September 17, 2019

*[Signature: John Domurad]*
Clerk of Court

                                                            By: s/ Patsy Harvey

                                                            Deputy Clerk