UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS,<br><br>        Plaintiff<br><br>- against –<br><br>BUCKINGHAM BROTHERS, LLC<br><br>        Defendant | Case No. 5:19-cv-00796 (LEK-ATB)) |

## **DECLARATION OF PAYMENT**

**I, RICHARD LIEBOWITZ**, under the penalty of perjury, declares:

1. I am lead counsel for Plaintiff in the above-referenced action.

2. I respectfully submit that payment of $1000.00 was mailed overnight to the Clerk of Court on August 25, 2020, in compliance with Court's order dated 8/18/20.

Dated: Valley Stream, New York
Executed this 25th Day of August, 2020

                                              **s/richardliebowitz/**
                                              **Richard Liebowitz**